IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CLINT MAILAHN, | ) | CASE NO. 8:05CV442 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER comes before the Court on plaintiff and defendant's stipulated motion to dismiss. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that this matter is dismissed with prejudice both parties to pay their respective costs incurred.

Dated this 8th day of September, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge